UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| BETTY SOLANO and CESAR PACHECO,<br><br>  Plaintiffs,<br><br>- against -<br><br>THE CITY OF NEW YORK and 100 CHURCH LLC,<br><br>  Defendants. | DOCKET NO.<br><br>08-CV- 01645<br><br>Judge Hellerstein<br><br>**AFFIDAVIT OF SERVICE** |

Anna Gurevich, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bergen County in the State of New Jersey.

That on the 4th day of June, 2008, at approximately 10:23AM at 100 Church Street - 4th Floor, New York, New York 10007, deponent served the within copy of Summons & Complaint by delivering thereat a true copy of same to Amanda Gonzales, a person of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female, approx. 30 years of age, height approx. 5' 4", eye color: brown.**

Anna Gurevich

Sworn to before me this
___ day of June, 2008

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20___