UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                           21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

BETTY SOLANO, and CESAR PACHECO,          08CV1645(AKH)

                                 Plaintiff(s),      **NOTICE OF APPEARANCE**

         -against-

THE CITY OF NEW YORK, et al.,

                                 Defendants.

       **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:     New York, New York
              July 2, 2008

                                             Yours etc.,

                                             HARRIS BEACH PLLC
                                             *Attorneys for Defendant*
                                             **100 CHURCH LLC**

                                             _____/s/_____
                                             Stanley Goos, Esq. (SG-7062)
                                             100 Wall Street
                                             New York, NY 10005
                                             212 687-0100
                                             212 687-0659 (Fax)

**CERTIFICATION AS TO SERVICE**

The undersigned certifies that on July 2, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

100 Church Notice of Appearance

Dated: July 2, 2008

>                     /s/
> Stanley Goos, Esq. (SG 7062)